HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MALIK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MALIK DAVIS,<br><br>Defendant. | Case No. 1:22-cr-00112-ADA-BAM<br><br>STIPULATION TO PERMIT TRAVEL TO THE SOUTHERN DISTRICT, CALIFORNIA AND MODIFYING CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant Malik Davis, that the Court may enter an order permitting Mr. Davis to travel to Riverside and Anaheim, California, located in the Southern District of California, between April 7, 2023, and April 8, 2023. Pretrial Services has no objection to this request.

Mr. Davis's conditions of release restrict his travel to the Eastern District of California, which is where he resides. *See* ECF #15. Mr. Davis is also subject to location monitoring. *Id*.

Mr. Davis would like to attend an Easter celebration and family gathering in Riverside on April 8th, 2023. Mr. Davis is requesting permission to travel to the Southern District the night before. Mr. Davis will be traveling with his 'Aunt,' with whom he is currently living. He will spend the night with her prior to attending the family gathering on April 8, 2023. Mr. Davis will

-1-

1  then return to Fresno on the night of April 8th, 2023.

2  Pretrial Services has discretion to allow him to travel outside of the district. However, Mr. Davis has a location monitoring condition. Thus, he needs Court approval in order to remain outside of the Eastern District for a night. The Pretrial Services Officer in the Eastern District of California has no objection.

Moreover, Pretrial Services has been monitoring Mr. Davis' location since his release. *See* ECF Dckt. # 15, p. 2, condition 7(o).  Pretrial believes there is no longer a need for an electronic monitoring condition to effectively supervise Mr. Davis. The Government has no objection to removing the electronic monitoring condition.

Accordingly, the parties stipulate and agree that the Court may enter an order authorizing Mr. Davis to travel to the Southern District of California on April 7th, 2023 and return to Fresno, on April 8th, 2023. Furthermore, the parties stipulate and agree that the Court may enter an order removing the electronic monitoring condition. ECF Dckt. # 15, p. 2, condition 7(o).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 4, 2023

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2023

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
MALIK DAVIS

Davis: Stipulation to Authorize Travel

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Davis to travel to the Southern District of California between April 7, 2023, and April 8, 2023. Furthermore, the Court hereby removes the electronic location monitoring condition from his pretrial release conditions. ECF Dckt. # 15, p. 2, condition 7(o). All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 5, 2023**

UNITED STATES MAGISTRATE JUDGE

Davis: Stipulation to Authorize Travel