HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MALIK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00112-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| MALIK DAVIS, | JUDGE: Hon. Ana De Alba |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant Malik Davis that:

(a) Mr. Davis's currently has a change of plea hearing scheduled for June 12, 2023.

(b) The parties are requesting that the Court advance the Mr. Davis's change of plea hearing to June 5, 2023.

(c) Time has already been excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). *See* ECF Dckt. # 49.

//

//

//

//

-1-

Davis: Stipulation

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 23, 2023

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2023

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
MALIK DAVIS

**ORDER**

Upon the parties' stipulation and for good cause shown, Mr. Davis's change of plea hearing is hereby advanced to June 5, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   May 23, 2023

UNITED STATES DISTRICT JUDGE

-2-

Davis: Stipulation