HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MALIK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00112-ADA-BAM |
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| MALIK DAVIS, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

Defendant Malik Davis hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $1,000.00 cash posted by Ms. Sammy Ann Deanda. *See* Dkt. 13, 14, 15, 16.

On May 22, 2023, Mr. Davis and his surety appeared in Court. ECF Dckt. # 27. In light of an alleged pretrial release violation, Mr. Davis was remanded into custody where he is currently being housed. Given that Mr. Davis is currently awaiting sentencing in this matter, the bond serves no further purpose. Since no conditions of the bond remain to be satisfied, Mr. Davis is now requesting that the $1,000.00 cash bond be exonerated and reconveyed to Sammy Ann Deanda to Rule 46(g) of the Federal Rules of Criminal Procedure.  The government has no objection to this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2023

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
MALIK DAVIS

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $1,000.00 cash bond in the above-captioned case and reconvey the cash to Sammy Ann Deanda who originally posted the cash bond.

IT IS SO ORDERED.

Dated:   **June 12, 2023**

UNITED STATES MAGISTRATE JUDGE