IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-112 ADA |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MALIK DAVIS, | |
| Defendant. | |

The above-named defendant having been sentenced on September 25, 2023, to Time Served,

IT IS HEREBY ORDERED that the defendant Malik Davis shall be immediately released forthwith.  As he has completed his sentence imprisonment, the Court orders Mr. Davis released from custody.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   September 25, 2023   

_____
UNITED STATES DISTRICT JUDGE