ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00112-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | Date: July 1, 2026 |
| MALIK DAVIS, | Time: 2:00 PM |
| Defendant. | Judge: Hon. Erin Guy Castillo |

The parties stipulate as follows:

1.      On September 25, 2023, Malik Davis was placed on supervised release following a conviction of 18 U.S.C §§ 2118(b) and 2, Burglary Involving Controlled Substance and Aiding and Abetting.

2.      Mr. Davis was placed on a second term of supervised release on August 5, 2025.

3.      On September 23, 2025, United States Probation Office filed a Petition for Warrant or Summons For Person Under Supervision for: (1) New law violation (felon in possession of a firearm), (2) new law violation (felon in possession of ammunition), and (3) association with prohibited persons.

4.      Mr. Davis's initial appearance was on June 4, 2026.

5.      The first status conference was on June 17, 2026, where there was confusion between the parties regarding whether Mr. Davis had time credits for his current case.

6.      There is a second status conference scheduled for July 1, 2026. The parties have met and

conferred and agreed to a brief continuance to engage in discussions regarding potential resolution of the matter.

Dated:  June 30, 2026

Respectfully submitted,
ERIC GRANT
United States Attorney

/s/ BRENDAN D. DALY
BRENDAN D. DALY
Assistant United States Attorney


Dated: June 30, 2026

/s/ MARK BROUGHTON
MARK BROUGHTON
Counsel for Defendant

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference. The Court finds there is good cause for the continuance to allow for negotiations regarding possible resolution of the case.

Therefore, for good cause shown:

1.    The status conference is continued from July 1, 2026, until **July 15, at 2:00 p.m. before Magistrate Judge Erin Guy Castillo**; and

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE